IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CATHERINE MURRELL,<br>　　Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 1:23-CV-00320 |
| vs. | §<br>§ | JUDGE DEE D. DRELL |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　Defendant. | §<br>§<br>§<br>§ | MAG. JUDGE JOSEPH PEREZ-<br>MONTES |

## ORDER AND JUDGMENT

This cause came for review upon Defendant's Unopposed Motion to Remand this case for further administrative action. After considering the motion, the pleadings, and the applicable law, it is hereby;

ORDERED that Defendant's motion to remand is GRANTED and the final administrative decision in this case is REVERSED AND REMANDED to the Commissioner pursuant to sentence four (4) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings.

Signed this 17th day of July, 2023.

 _____
Joseph Perez-Montes
UNITED STATES MAGISTRATE JUDGE